# No. 24-10583

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

United States of America,

Plaintiff - Appellee

v.

Luis Eduardo Navarrete,

Defendant - Appellant

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**RECORD EXCERPTS**

SUBMITTED BY:
Maria Gabriela Vega
525 S. Griffin St., Suite
629 Dallas, TX 75202
(214) 767-2746

# Table of Contents

| Document | Record Citation | Tab |
|---|---|---|
| Docket Sheet - 3:23-CR-67-1 | ROA.1-9 | Tab 1 |
| Notice of Appeal | ROA.95 | Tab 2 |
| Superseding Indictment | ROA.38-50 | Tab 3 |
| Judgment | ROA.88-94 | Tab 4 |

**TAB 1**

# U.S. District Court
## Northern District of Texas (Dallas)
## CRIMINAL DOCKET FOR CASE #: 3:23-cr-00067-K-1

Case title: USA v. Navarrete et al

Magistrate judge case number:  3:23-mj-00121-BK

Date Filed: 02/22/2023

Date Terminated: 06/26/2024

Assigned to: Judge Ed Kinkeade

Appeals court case number:
24-10583 USCA5

### Defendant (1)

| | | |
|---|---|---|
| **Luis Eduardo Navarrete**<br>*TERMINATED: 06/26/2024*<br>*also known as*<br>Luis Navarette<br>*TERMINATED: 06/26/2024* | represented by | **James Matthew Wright-FPD**<br>Office of the Federal Public Defender<br>500 S Taylor Street<br>Suite Unit 110<br>Amarillo, TX 79101<br>806-324-2370<br>Email: matthew_wright@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender Appointment*<br>*Bar Status: Admitted/In Good Standing*<br><br>**Federal Public Defender**<br>Federal Public Defender - Dallas<br>525 Griffin St<br>Suite 629<br>Dallas, TX 75202<br>214-767-2746<br>Fax: 214-767-2886<br>Email: jason_hawkins@fd.org<br>*TERMINATED: 02/07/2023*<br>*Designation: Federal Public Defender Appointment*<br>*Bar Status: Admitted/In Good Standing*<br><br>**John M Nicholson-FPD**<br>Federal Public Defender - Dallas<br>525 Griffin St<br>Suite 629<br>Dallas, TX 75202<br>214-767-2746 |

Email: john_nicholson@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender Appointment*
*Bar Status: Admitted/In Good Standing*

**Zainab Khan-FPD**
Federal Public Defender - Northern District of Texas
525 Griffin Street
Dallas, TX 75202
214-767-2746
Email: zainab_khan@fd.org
*TERMINATED: 06/28/2024*
*Designation: Federal Public Defender Appointment*
*Bar Status: Admitted/In Good Standing*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21 U.S.C. §§ 841(a) and (b)(1)(B) and 846 Conspiracy to Distribute a Controlled Substance<br>(1s) | BOP 240 months to run concurrently to Count 4s, S/R 5 years to run concurrently, Restitution $15,000, MSA $100 |
| 21 U.S.C. § 859 Distribution of a Controlled Substance to a Person Under 21 Years of Age<br>(4s) | BOP 240 months to run concurrently to Count 1s, S/R 6 years to run concurrently, Restitution $15,000, MSA $100 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 21 U.S.C. § 841(a) and (b)(1)(B) and 846 Conspiracy to Distribute a Controlled Substance<br>(1) | Dismissed on the Government's Motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| 21 USC 846 Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance | |

**Plaintiff**

| **USA** | represented by | **Phelesa M Guy-DOJ**<br>US Attorney's Office |
| --- | --- | --- |

24-10583.2

1100 Commerce St
3rd Floor
Dallas, TX 75242
214-659-8600
Fax: 214-659-8809
Email: phelesa.guy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

**Katie Carr Jacobs-DOJ**
United States Attorney's Office
Northern District of Texas
1100 Commerce Street
Third Floor
Dallas, TX 75242
214-659-8693
Email: katie.jacobs@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Admitted/In Good Standing*

**Rick Alan Calvert-DOJ, Jr**
US Attorney's Office
1100 Commerce Street, 3rd Floor
Dallas, TX 75242
214-659-8675
Email: rick.calvert@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2023 | 5 | ELECTRONIC ORDER As to Luis Navarette: by this order -- issued to the prosecution and defense counsel -- the court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law.<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is in addition to the oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 2/6/2023) (mcrd) [3:23-mj-00121-BK] (Entered: 02/06/2023) |
| 02/06/2023 | 6 (p.21) | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Luis Navarette. Federal Public Defender for Luis Navarette appointed. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 2/6/2023) (mcrd) [3:23-mj-00121-BK] (Entered: 02/06/2023) |
| 02/06/2023 | 7 (p.22) | DETENTION ORDER as to Luis Navarette (1) (Ordered by Magistrate Judge Irma Carrillo Ramirez on 2/6/2023) (mcrd) [3:23-mj-00121-BK] (Entered: 02/06/2023) |

| | | |
|---|---|---|
| 02/06/2023 | 8 | ELECTRONIC ORDER finding as moot the 4 Motion to Continue Detention Hearing as to Luis Navarrete (1). (Ordered by Magistrate Judge Irma Carrillo Ramirez on 2/6/2023) (mcrd) [3:23-mj-00121-BK] (Entered: 02/06/2023) |
| 02/06/2023 | 9 (p.23) | Minute Entry for proceedings held before Magistrate Judge Irma Carrillo Ramirez: Initial Appearance as to Luis Navarrete held on 2/6/2023. Date of Arrest: 2/6/2023. Attorney Appearances: AUSA - Phelesa Guy; Defense - Doug Morris. (No exhibits) Time in Court - :04. (Court Reporter: Digital File) (Interpreter N/A.) (USPO Chavez.) (mcrd) [3:23-mj-00121-BK] (Entered: 02/06/2023) |
| 02/06/2023 | 10 | (Document Restricted) CJA 23 Financial Affidavit by Luis Navarrete (mcrd) [3:23-mj-00121-BK] (Entered: 02/06/2023) |
| 02/06/2023 | 11 (p.24) | WAIVER of Preliminary Hearing by Luis Navarrete (mcrd) [3:23-mj-00121-BK] (Entered: 02/06/2023) |
| 02/06/2023 | 12 (p.25) | WAIVER of Detention Hearing by Luis Navarrete (mcrd) [3:23-mj-00121-BK] (Entered: 02/06/2023) |
| 02/07/2023 | 19 (p.26) | NOTICE OF ATTORNEY APPEARANCE by John M Nicholson-FPD (Clerk to Set Designation as: Federal Public Defender Appointment) appearing for Luis Navarrete (Filer confirms contact info in ECF is current.) <span style="color:red">(If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.)</span> (Nicholson-FPD, John) [3:23-mj-00121-BK] (Entered: 02/07/2023) |
| 02/07/2023 | 20 (p.27) | NOTICE OF ATTORNEY APPEARANCE by Zainab Khan-FPD (Clerk to Set Designation as: Federal Public Defender Appointment) appearing for Luis Navarrete (Filer confirms contact info in ECF is current.) <span style="color:red">(If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.)</span> (Khan-FPD, Zainab) [3:23-mj-00121-BK] (Entered: 02/07/2023) |
| 02/22/2023 | 25 (p.28) | Arrest Warrant Returned Executed on 2/3/2023 as to Luis Navarrete. (mcrd) [3:23-mj-00121-BK] (Entered: 02/23/2023) |
| 02/22/2023 | 27 (p.29) | INDICTMENT with Forfeiture Notice as to Luis Eduardo Navarrete (1) count(s) 1, Magaly Mejia Cano (2) count(s) 1, Jason Xavier Villanueva (3) count(s) 1, 2. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and  Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (mlb) (Entered: 02/23/2023) |
| 02/27/2023 | 34 (p.35) | WAIVER by Luis Eduardo Navarrete (Khan-FPD, Zainab) (Entered: 02/27/2023) |
| 02/28/2023 | 36 (p.37) | ORDER as to Luis Eduardo Navarrete: This Court finds that the Defendant and his counsel have signed the waiver 34 (p.35) and this Court hereby Accepts this Waiver of Appearance at an Arraignment Hearing and a plea of Not Guilty is entered on his behalf. (Ordered by Judge Ed Kinkeade on 2/28/2023) (chmb) (Entered: 02/28/2023) |
| 03/29/2023 | 41 (p.38) | SEALED SUPERSEDING INDICTMENT as to Luis Eduardo Navarrete (1) count(s) 1s, 4s, Magaly Mejia Cano (2) count(s) 1s, Jason Xavier Villanueva (3) count(s) 1s, |

| | | |
|---|---|---|
| | | 2s, 5s, 8s, Donovan Jude Andrews (4) count(s) 1s, 3s, Stephen Paul Brinson (5) count(s) 1s, Robert Alexander Gaitan (6) count(s) 1s, 6s, Jessie Alexander Perez Martinez (7) count(s) 1s, 7s, Rafael Soliz, Jr (8) count(s) 1s. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (sxf) (Entered: 03/30/2023) |
| 03/30/2023 | 48 (p.51) | ORDER TO CONTINUE in the Interest of Justice as to Luis Eduardo Navarrete, Magaly Mejia Cano, Jason Xavier Villanueva, Donovan Jude Andrews, Stephen Paul Brinson. The Court finds that in the interest of justice, this case shall be tried together with all co-defendants, pursuant to 18 U.S.C. § 3161(h)(6), and therefore, any period of delay resulting from the deadlines and hearings set forth in this order shall be excluded in computing the time within which the trial of this cause must commence under 18 U.S.C. § 3161. Jury Trial set for 6/5/2023 09:00 AM before Judge Ed Kinkeade. Motions due by 4/28/2023. Responses due by 5/12/2023. Pretrial Materials due by 5/22/2023. (Ordered by Judge Ed Kinkeade on 3/30/2023) (chmb) (Entered: 03/30/2023) |
| 04/10/2023 | 53 (p.54) | NOTICE *OF WAIVER OF ARRAIGNMENT HEARING AND ENTRY OF PLEA OF NOT GUILTY* as to Luis Eduardo Navarrete (Khan-FPD, Zainab) (Entered: 04/10/2023) |
| 04/11/2023 | 57 (p.56) | ORDER as to Luis Eduardo Navarrete: This Court finds that the Defendant and his counsel have signed the waiver 53 (p.54) and this Court hereby Accepts this Waiver of Appearance at an Arraignment Hearing and a plea of Not Guilty is entered on his behalf. (Ordered by Judge Ed Kinkeade on 4/11/2023) (chmb) (Entered: 04/11/2023) |
| 04/28/2023 | 69 (p.57) | Unopposed MOTION to Continue *Trial and Pretrial Deadlines* filed by Luis Eduardo Navarrete (Attachments: # 1 (p.10) Proposed Order) (Khan-FPD, Zainab) (Entered: 04/28/2023) |
| 04/28/2023 | 70 (p.60) | ORDER TO CONTINUE in the Interest of Justice as to Luis Eduardo Navarrete, Magaly Mejia Cano, Jason Xavier Villanueva, Donovan Jude Andrews, Stephen Paul Brinson. Jury Trial set for 10/16/2023 09:00 AM before Judge Ed Kinkeade. Motions due by 9/1/2023. Responses due by 9/15/2023. Pretrial Materials due by 9/25/2023. (Ordered by Judge Ed Kinkeade on 4/28/2023) (chmb) (Entered: 04/28/2023) |
| 05/09/2023 | 72 (p.62) | MOTION to Unseal Document *Indictment as to Defendant 6 and 8* filed by USA as to Luis Eduardo Navarrete, Magaly Mejia Cano, Jason Xavier Villanueva, Donovan Jude Andrews, Stephen Paul Brinson (Calvert-DOJ, Rick) (Entered: 05/09/2023) |
| 05/09/2023 | 73 | ELECTRONIC ORDER Before the Court is The Government's Motion to Unseal Indictment as to Defendant 6 and 8 The Motion is GRANTED and the Indictment is unsealed as to defendants Robert Alexander Gaitan (06) and Rafael Soliz, Jr. a.k.a. "Rafi" a.k.a. "Junior" (08). (Ordered by Judge Ed Kinkeade on 5/9/2023) (chmb) (Entered: 05/09/2023) |
| 08/17/2023 | 148 (p.64) | Unopposed MOTION to Continue *Trial and Pretrial Deadlines* filed by Luis Eduardo Navarrete (Attachments: # 1 (p.10) Proposed Order) (Khan-FPD, Zainab) (Entered: 08/17/2023) |
| 08/24/2023 | 162 (p.67) | ORDER TO CONTINUE in the Interest of Justice as to Luis Eduardo Navarrete, Julio Gonzales, Jr, Adrian Martinez-Leon. Jury Trial set for 1/22/2024 09:00 AM before Judge Ed Kinkeade. Motions due by 12/8/2023. Responses due by 12/22/2023. |

| | | |
|---|---|---|
| | | Pretrial Materials due by 1/5/2024. (Ordered by Judge Ed Kinkeade on 8/24/2023) (chmb) (Entered: 08/24/2023) |
| 10/27/2023 | 213 (p.69) | Factual Resume as to Luis Eduardo Navarrete (Khan-FPD, Zainab) (Entered: 10/27/2023) |
| 10/31/2023 | 214 | ELECTRONIC ORDER as to Luis Eduardo Navarrete: Rearraignment Hearing is hereby set for 11/2/2023 at 02:00 PM in US Courthouse, Courtroom 1566, 1100 Commerce St., Dallas, TX 75242-1310 before Magistrate Judge Irma Carrillo Ramirez. (Ordered by Judge Ed Kinkeade on 10/31/2023) (chmb) (Entered: 10/31/2023) |
| 11/02/2023 | 219 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Irma Carrillo Ramirez: Rearraignment Hearing as to Luis Eduardo Navarrete held on 11/2/2023; Plea entered - 1s,4s. Defendant continued in the custody of the USMS. Attorney Appearances: AUSA - Phelesa Guy; Defense - Zainab Khan. (No exhibits) Time in Court - :15. (Court Reporter: Debbie Kriegshauser) (Interpreter N/A.) (mcrd) (Entered: 11/02/2023) |
| 11/02/2023 | 220 (p.75) | Sentencing Scheduling Order as to Luis Eduardo Navarrete: Presentence Investigation Report due by 1/10/2024. Objections to Presentence Investigation Report due by 1/24/2024. Presentence Investigation Addendum due by 2/7/2024. Objections to Presentence Investigation Addendum due by 2/14/2024. Sentencing set for 2/21/2024 09:30 AM before Judge Ed Kinkeade. (Ordered by Judge Ed Kinkeade on 11/2/2023) (chmb) (Entered: 11/02/2023) |
| 11/02/2023 | 223 (p.77) | NOTICE/CONSENT REGARDING ENTRY OF A PLEA OF GUILTY as to Luis Eduardo Navarrete. (kaf) (Entered: 11/03/2023) |
| 11/02/2023 | 224 (p.78) | Report and Recommendation on Guilty Plea as to Luis Eduardo Navarrete re: 223 (p.77) Consent Regarding Entry of a Plea of Guilty. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 11/2/2023) (kaf) (Entered: 11/03/2023) |
| 11/17/2023 | 227 (p.79) | ORDER Accepting 224 (p.78) Report and Recommendations re: Guilty Plea as to Luis Eduardo Navarrete (1) (Ordered by Judge Ed Kinkeade on 11/17/2023) (chmb) (Entered: 11/17/2023) |
| 11/30/2023 | 236 (p.80) | Unopposed MOTION to Continue *SENTENCING HEARING AND RELATED DEADLINES* filed by Luis Eduardo Navarrete (Attachments: # 1 (p.10) Proposed Order) (Khan-FPD, Zainab) (Entered: 11/30/2023) |
| 12/06/2023 | 239 | ELECTRONIC ORDER granting 236 (p.80) Motion to Continue as to Luis Eduardo Navarrete (1). Presentence Investigation Report due by 2/28/2024. Objections to Presentence Investigation Report due by 3/13/2024. Presentence Investigation Addendum due by 3/27/2024. Objections to Presentence Investigation Addendum due by 4/3/2024. Sentencing set for 4/10/2024 09:30 AM before Judge Ed Kinkeade. (Ordered by Judge Ed Kinkeade on 12/6/2023) (chmb) (Entered: 12/06/2023) |
| 02/05/2024 | 284 (p.83) | Unopposed MOTION to Continue *SENTENCING HEARING AND RELATED DEADLINES* filed by Luis Eduardo Navarrete (Attachments: # 1 (p.10) Proposed Order) (Khan-FPD, Zainab) (Entered: 02/05/2024) |
| 02/06/2024 | 285 | ELECTRONIC ORDER granting 284 (p.83) Motion to Continue as to Luis Eduardo Navarrete (1). Presentence Investigation Report due by 4/3/2024. Objections to Presentence Investigation Report due by 4/17/2024. Presentence Investigation Addendum due by 5/1/2024. Objections to Presentence Investigation Addendum due |

| | | |
|---|---|---|
| | | by 5/15/2024. Sentencing set for 5/22/2024 09:30 AM before Judge Ed Kinkeade. (Ordered by Judge Ed Kinkeade on 2/6/2024) (chmb) (Entered: 02/06/2024) |
| 05/15/2024 | 310 (p.86) | NOTICE OF ATTORNEY APPEARANCE by Katie Carr Jacobs-DOJ appearing for USA . (Clerk to set designation as: Assistant US Attorney). (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Jacobs-DOJ, Katie) (Entered: 05/15/2024) |
| 05/22/2024 | 316 | ELECTRONIC Minute Entry for proceedings held before Judge Ed Kinkeade: Sentencing held on 5/22/2024 for Luis Eduardo Navarrete (1) on Counts 1s and 4s. Defendant sentenced to 240 Months on Counts 1s and 4s, with said terms to run concurrently for a Total Term of 240 Months. 5 Years Supervised Release on Count s1 and 6 Years Supervised Release on Count 4s, with said terms to run concurrently for a Total Term of 6 Years. $100.00 MSA on Counts 1s and 4s for a Total MSA of $200.00. The Original Indictment is (Count 1) Dismissed on the Government's Motion. Restitution to be determined at a later date. Attorney Appearances: AUSA - Rick Calvert; Defense - Zainab Khan. (Exhibits admitted - returned to party) Time in Court - 2:10. (Court Reporter: Pamela Wilson) (USPO Moore.) (chmb) (Entered: 05/22/2024) |
| 05/30/2024 | 320 | ELECTRONIC ORDER as to Luis Eduardo Navarrete: Objections to Presentence Investigation Addendum and Response to Government's Statement Regarding Restitution due by 6/12/2024. Hearing on Restitution set for 6/26/2024 at 09:30 AM before Judge Ed Kinkeade. (Ordered by Judge Ed Kinkeade on 5/30/2024) (chmb) (Entered: 05/30/2024) |
| 06/14/2024 | 325 (p.117) | Notice of Filing of Official Electronic Transcript of Sentencing Proceedings as to Luis Eduardo Navarrete held on 5/22/2024 before Judge Sidney Fitzwater. Parties are notified of their duty to review and request redaction of the transcript. See Misc Order (MO) 61 and Special Order (SO) 19-1. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (106 pages) Court Reporter/Transcriber Pam Wilson, Telephone number 214.662.1557. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 7/5/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/12/2024. (pjw) (Entered: 06/14/2024) |
| 06/26/2024 | 330 | ELECTRONIC Minute Entry for proceedings held before Judge Ed Kinkeade: Hearing on Restitution held on 6/26/2024 for Luis Eduardo Navarrete (1) on Counts 1s and 4s. Defendant sentenced to 240 Months on Counts 1s and 4s, with said terms to run concurrently for a Total Term of 240 Months. 5 Years Supervised Release on Count s1 and 6 Years Supervised Release on Count 4s, with said terms to run concurrently for a Total Term of 6 Years. Restitution in the Amount of $15,000.00. $100.00 MSA on Counts 1s and 4s for a Total MSA of $200.00. Attorney Appearances: AUSA - Katie Jacobs; Defense - Zainab Khan. (Exhibits admitted - |

| | | |
|---|---|---|
| | | returned to party) Time in Court - :10. (Court Reporter: Rachel Erickson) (USPO Moore.) (chmb) (Entered: 06/26/2024) |
| 06/26/2024 | 334 (p.88) | JUDGMENT as to Luis Eduardo Navarrete (1): Count(s) 1, Dismissed on the Government's Motion. Count(s) 1s, BOP 240 months to run concurrently to Count 4s, S/R 5 years to run concurrently, Restitution $15,000, MSA $100. Count(s) 4s, BOP 240 months to run concurrently to Count 1s, S/R 6 years to run concurrently, Restitution $15,000, MSA $100. (Ordered by Judge Ed Kinkeade on 6/26/2024) (kcr) (Entered: 06/27/2024) |
| 06/27/2024 | 336 (p.95) | NOTICE OF APPEAL to the Fifth Circuit as to 334 (p.88) Judgment, by Luis Eduardo Navarrete. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a Defendant proceeding pro se.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Khan-FPD, Zainab) (Entered: 06/27/2024) |
| 06/28/2024 | | USCA Case Number as to Luis Eduardo Navarrete 24-10583 for 336 (p.95) Notice of Appeal filed by Luis Eduardo Navarrete. (axm) (Entered: 06/28/2024) |
| 06/28/2024 | 338 (p.96) | Notice of Substitution of Counsel on behalf Federal Public Defender. Attorney James Matthew Wright-FPD added in case as to Luis Eduardo Navarrete. (Clerk to set designation as: Federal Public Defender.) (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (Wright-FPD, James) (Entered: 06/28/2024) |
| 07/12/2024 | 340 (p.98) | Transcript Order Form: re 336 (p.95) Notice of Appeal, transcript requested for Rearraignment Hearing held on 11/2/2023 (Court Reporter: Debbie Kriegshauser.) Payment method: Other Reminder: If the transcript is ordered for an appeal, Appellant must also file a copy of the order form with the appeals court. (Wright-FPD, James) (Entered: 07/12/2024) |
| 07/12/2024 | 341 (p.99) | Transcript Order Form: re 336 (p.95) Notice of Appeal, transcript requested for Hearing on Restitution held on 6/26/2024 (Court Reporter: Rachel Erickson.) Payment method: Other Reminder: If the transcript is ordered for an appeal, Appellant must also file a copy of the order form with the appeals court. (Wright-FPD, James) (Entered: 07/12/2024) |
| 07/15/2024 | 342 (p.100) | Notice of Filing of Official Electronic Transcript of Rearraignment Hearing Proceedings as to Luis Eduardo Navarrete held on November 2, 2023 before Judge Irma C. Ramirez. Parties are notified of their duty to review and request redaction of the transcript. See Misc Order (MO) 61 and Special Order (SO) 19-1. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made |

| | | |
|---|---|---|
| | | available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (16 pages) Court Reporter/Transcriber Debbie Kriegshauser, Telephone number (214) 753-2325. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 8/5/2024. Redacted Transcript Deadline set for 8/15/2024. Release of Transcript Restriction set for 10/15/2024. (dak) (Entered: 07/15/2024) |
| 07/18/2024 | 344 (p.224) | Notice of Filing of Official Electronic Transcript of Restitution Hearing Proceedings as to Luis Eduardo Navarrete held on 6/26/2024 before Judge Ed Kinkeade. Parties are notified of their duty to review and request redaction of the transcript. See Misc Order (MO) 61 and Special Order (SO) 19-1. If the transcript contains information that should be redacted under SO 19-1, contact the Operations Assistance Team at (214)753-2240 immediately. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (19 pages) Court Reporter/Transcriber Rachel Erickson, Telephone number rachel_erickson@txnd.uscourts.gov. A copy of the transcript may be purchased from the court reporter or viewed at the office of the clerk. Redaction Request under SO 19-1, due immediately. Redaction Request due 8/8/2024. Redacted Transcript Deadline set for 8/19/2024. Release of Transcript Restriction set for 10/16/2024. (rce) (Entered: 07/18/2024) |
| 07/19/2024 | 345 (p.244) | Electronic Copy of Admitted Hearing or Trial Exhibit(s) filed by USA as to Luis Eduardo Navarrete re: 336 (p.95) Notice of Appeal. Exhibits are available for public inspection at the clerk's office. (Calvert-DOJ, Rick) (Entered: 07/19/2024) |

**TAB 2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL DOCKET NO.** |
| **v.** | § | **CASE NO. 3:23-CR-067-K(1)** |
| | § | |
| **LUIS EDUARDO NAVARRETE** | § | |
| | § | |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given pursuant to Rule 3 of the Federal Rules of Appellate Procedure that LUIS EDUARDO NAVARRETE, Defendant in the above-styled case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 26th day of June, 2024.


Dated:  June 27, 2024

/s/*Zainab Khan*
ZAINAB KHAN
Assistant Federal Public Defender
Northern District of Texas
Texas Bar #24102011
525 Griffin Street, Suite 629
Dallas, Texas 75202
Tel:  (214) 767-2746
Fax:  (214)767-2886
zainab_khan@fd.org

## CERTIFICATE OF SERVICE

I certify that on June 27, 2024, a copy of the foregoing was filed through the Electronic Case Filing ("ECF) System.  Pursuant to Rule 9 of Miscellaneous Order No. 60, this constitutes service of this document to the United States Attorney for the Northern District of Texas, who is an ECF user.


/s/*Zainab Khan*
ZAINAB KHAN
Assistant Federal Public Defender

24-10583.95

**TAB 3**

SEALED



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2023 MAR 29  PM 2: 05

DEPUTY CLK _____ nb

| UNITED STATES OF AMERICA | **Filed Under Seal** |
|---|---|
| v. | Criminal Case No. 3:23-CR-00067-K |
| | **(Supersedes Indictment Returned February 22, 2023)** |
| LUIS EDUARDO NAVARRETE (1) | |
| MAGALY MEJIA CANO (2) | ***Sealed as to Defendants #6, #7 and #8.** |
| JASON XAVIER VILLANUEVA (3) | |
| a.k.a. "Xavi" | |
| DONOVAN JUDE ANDREWS (4) | |
| STEPHEN PAUL BRINSON (5) | |
| a.k.a. "Steve-O" | |
| ROBERT ALEXANDER GAITAN (6) | |
| JESSIE ALEXANDER PEREZ MARTINEZ (7) | |
| a.k.a. "Icy Boy" | |
| RAFAEL SOLIZ, JR. (8) | |
| a.k.a. "Rafi" | |
| a.k.a. "Junior" | |

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Distribute a Controlled Substance
(Violation of 21 U.S.C. §§ 841(a) and (b)(1)(B) and 846)

Beginning in or about June 2022, the exact date unknown to the Grand Jury and

continuing until March 28, 2023, in the Dallas Division of the Northern District of Texas, the

Eastern District of Texas and elsewhere, the defendants, **LUIS EDUARDO NAVARRETE,**

**MAGALY MEJIA CANO, JASON XAVIER VILLANUEVA a.k.a. "Xavi," DONOVAN**

**JUDE ANDREWS**, **STEPHEN PAUL BRINSON a.k.a. "Steve-O," ROBERT**

**ALEXANDER GAITAN, JESSIE ALEXANDER PEREZ MARTINEZ a.k.a. "Icy Boy,"**

and **RAFAEL SOLIZ, JR. a.k.a. "Rafi" a.k.a. "Junior,"** did knowingly and intentionally

combine, conspire, confederate, and agree with others both known and unknown to commit the

24-10583.38

following offense against the United States: to possess with the intent to distribute and distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl) -4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

*In violation of 21 U.S.C. § 846.*

Manner and Means of the Conspiracy

During the conspiracy as alleged herein, it was part of the conspiracy that one or more of the defendants and coconspirators would:

1.     Arrange for the acquisition of counterfeit prescription opioid pills that contain fentanyl and are commonly referred to as "M30s," "percs," "yerks," "dragon's breath," "rims" and "blues" (hereinafter "M30s") from both known and unknown sources in the Northern District of Texas, the Eastern District of Texas and elsewhere;

2.     Distribute counterfeit "M30" pills that contain fentanyl to numerous customers including minors through a network of juvenile dealers;

3.     Utilize residences in the Northern District of Texas and the Eastern District of Texas to store and distribute counterfeit "M30" pills that contain fentanyl to numerous customers including minors;

4.     Act as intermediaries and brokers and negotiate the acquisition, price, delivery, and payment for quantities of counterfeit "M30" pills that contain fentanyl; and

5.     Utilize popular social medial platforms and encrypted instant messaging applications to discuss, negotiate and facilitate drug transactions involving counterfeit "M30" pills that contain fentanyl.

*All in violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1).*

24-10583.39

Count Two
Possessing a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c)(1)(A)(i))

On or about February 14, 2023, in the Dallas Division of the Northern District of Texas,

defendant, **JASON XAVIER VILLANUEVA a.k.a. "Xavi,"** knowingly carried and possessed

a firearm, to wit: one Palmetto PA-15 Rifle bearing serial number SCB301781, during and in

relation to and in the furtherance of a drug trafficking crime, for which he may be prosecuted in a

court of the United States, that is the drug offense listed in Count One of this indictment.

*In violation of 18 U.S.C. § 924(c).*

24-10583.40

Count Three
Distribution of a Controlled Substance to a Person Under 21 Years of Age
(Violation of 21 U.S.C. § 859)

On or about February 20, 2023, in the Dallas Division of the Northern District of Texas,

**DONOVAN JUDE ANDREWS**, at least eighteen years of age, did knowingly and intentionally

distribute a mixture and substance containing a detectable amount of N-phenyl-N- [1- (2-

phenylethyl) -4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance to G.L.

(a minor), who at the time was a person under twenty-one years of age.

*In violation of 21 U.S.C. § 859.*

24-10583.41

Count Four
Distribution of a Controlled Substance to a Person Under 21 Years of Age
(Violation of 21 U.S.C. § 859)

On or about January 13, 2023, in the Dallas Division of the Northern District of Texas,

**LUIS EDUARDO NAVARRETE**, at least eighteen years of age, did knowingly and

intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-

[1- (2-phenylethyl) -4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance to

A.F. (a minor), who at the time was a person under twenty-one years of age.

*In violation of 21 U.S.C. § 859.*

24-10583.42

<u>Count Five</u>
Distribution of a Controlled Substance to a Person Under 21 Years of Age
(Violation of 21 U.S.C. § 859)

On or about January 5, 2023, in the Dallas Division of the Northern District of Texas,

**JASON XAVIER VILLANUEVA a.k.a. "Xavi,"** at least eighteen years of age, did knowingly

and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-

N- [1- (2-phenylethyl) -4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance

to L.P. (a minor), who at the time was a person under twenty-one years of age.

*In violation of 21 U.S.C. § 859.*

24-10583.43

Count Six
Distribution of a Controlled Substance to a Person Under 21 Years of Age
(Violation of 21 U.S.C. § 859)

On or about December 14, 2022, in the Dallas Division of the Northern District of Texas,

**ROBERT ALEXANDER GAITAN**, at least eighteen years of age, did knowingly and

intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-

[1- (2-phenylethyl) -4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance to

M.P. (a minor), who at the time was a person under twenty-one years of age.

*In violation of 21 U.S.C. § 859.*

<u>Count Seven</u>
Distribution of a Controlled Substance to a Person Under 21 Years of Age
(Violation of 21 U.S.C. § 859)

On or about July 9, 2022, in the Dallas Division of the Northern District of Texas,

**JESSIE ALEXANDER PEREZ MARTINEZ a.k.a. "Icy Boy,"** at least eighteen years of age,

did knowingly and intentionally distribute a mixture and substance containing a detectable

amount of N-phenyl-N- [1- (2-phenylethyl) -4-piperidinyl] propenamide (fentanyl), a Schedule II

controlled substance to A.A. (a minor), who at the time was a person under twenty-one years of

age.

*In violation of 21 U.S.C. § 859.*

24-10583.45

Count Eight
Possession of an Unregistered Firearm
(Violation of 26 U.S.C. §§ 5841, 5845(a)(1) and (d), and 5861(d))

On or about February 14, 2023, in the Dallas Division of the Northern District of Texas,

the defendant, **JASON XAVIER VILLANUEVA a.k.a. "Xavi,"** did knowingly possess a

firearm, to wit: one Palmetto PA-15 Rifle bearing serial number SCB301781, having a barrel of

less than 18 inches in length, which was not registered to the defendant in the National Firearms

Registration and Transfer Record.

*In violation of 26 U.S.C. §§ 5841, 5845(a)(1) and (d), and 5861(d), the penalty for which
is found at 26 U.S.C. § 5871.*

24-10583.46

## Forfeiture Notice

Upon conviction of the offense alleged in Count One of this indictment and pursuant to

21 U.S.C. § 853(a)(1) and (2), the defendants shall forfeit to the United States of America all

property, real or personal, constituting, or derived from, the proceeds obtained, directly or

indirectly, as the result of such offense; and any property, real or personal, used, or intended to

be used, in any manner or part, to commit, or to facilitate the commission of the offense,

including but not limited to the following:

1. One Ruger 5.56 Caliber Rifle bearing serial number 1850-15385 (**STEPHEN PAUL BRINSON a.k.a. "Steve-O")**;

2. One FN America 5.7 Caliber firearm bearing serial number 386433748 (**STEPHEN PAUL BRINSON a.k.a. "Steve-O")**;

3. One Sccy 9 mm Caliber firearm bearing serial number 228452 (**STEPHEN PAUL BRINSON a.k.a. "Steve-O")**;

4. One Meriden .38 Caliber firearm bearing no serial number (**STEPHEN PAUL BRINSON a.k.a. "Steve-O")**;

5. One Palmetto PA-15 Rifle bearing serial number SCB301781 (**JASON XAVIER VILLANUEVA a.k.a. "Xavi")**; and

6. Any ammunition and magazines with the above weapons.

Upon conviction of the offense alleged in Count Two or Eight of this indictment and

pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant **JASON XAVIER**

**VILLANUEVA a.k.a. "Xavi"** shall forfeit to the United States any firearm and ammunition

involved in or used in the willful commission of the offense, including but not limited to the

following:

7. One Palmetto PA-15 Rifle bearing serial number SCB30178; and

8. Any ammunition and magazine with the above weapon.

**Superseding Indictment- Page 10**

A TRUE BILL

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
PHELESA M. GUY
Assistant United States Attorney
Texas State Bar No. 00798230
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214.659.8600
Facsimile: 214-659-8809

_____
RICK CALVERT
Assistant United States Attorney
Texas State Bar No. 03669700
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214.659.8600
Facsimile: 214-659-8809

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

LUIS EDUARDO NAVARRETE (1)
MAGALY MEJIA CANO (2)
JASON XAVIER VILLANUEVA (3)
a.k.a. "Xavi"
DONOVAN JUDE ANDREWS (4)
STEPHEN PAUL BRINSON (5)
a.k.a. "Steve-O"
ROBERT ALEXANDER GAITAN (6)
JESSIE ALEXANDER PEREZ MARTINEZ (7)
a.k.a. "Icy Boy"
RAFAEL SOLIZ, JR. (8)
a.k.a. "Rafi"
a.k.a. "Junior"

---

SEALED SUPERSEDING INDICTMENT

21 U.S.C. § 841(a) and (b)(1)(B) and 846
Conspiracy to Distribute a Controlled Substance
(Count 1)

18 U.S.C. § 924(c)(1)(A)(i)
Possessing a Firearm in Furtherance of a Drug Trafficking Crime
(Count 2)

21 U.S.C. § 859
Distribution of a Controlled Substance to a Person Under 21 Years of Age
(Counts 3 through 7)

26 U.S.C. §§ 5841, 5845(a)(1) and (d), and 5861(d)
Possession of an Unregistered Firearm
(Count 8)

21 U.S.C. § 853(a)(1) and (2), 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

8 Counts

A true bill rendered

------------------------------------------------------------------------------------------------

DALLAS                                                                    FOREPERSON

Filed in open court this _29_ day of March, 2023.

------------------------------------------------------------------------------------------------

**Warrant to be Issued for Defendants #6, #7 and #8.**

------------------------------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:  3:23-MJ-121; 3:23-MJ-150;
3:23-MJ-226; and 3:23-MJ-248.

24-10583.50

**TAB 4**

# United States District Court
## Northern District of Texas Dallas Division

| | |
|---|---|
| UNITED STATES OF AMERICA | § JUDGMENT IN A CRIMINAL CASE |
| | § |
| v. | § |
| | § Case Number: **3:23-CR-00067-K(1)** |
| **LUIS EDUARDO NAVARRETE** | § USM Number: **42998-510** |
| | § <u>**Zainab Khan**</u> |
| | § Defendant's Attorney |

## THE DEFENDANT:

| | |
|---|---|
| ☐ pleaded guilty to count(s) | |
| ☒ **pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court.** | **To Counts 1 and 4 of the 8-Count Superseding Indictment, filed on March 29, 2023.** |
| ☐ pleaded nolo contendere to count(s) which was accepted by the court | |
| ☐ was found guilty on count(s) after a plea of not guilty | |

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 21 U.S.C. §§ 841(a) and (b)(1)(B) and 846 Conspiracy to Distribute a Controlled Substance | 03/28/2023 | 1s |
| 21 U.S.C. § 859 Distribution of a Controlled Substance to a Person Under 21 Years of Age | 03/28/2023 | 4s |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ **The Original Indictment, filed on February 22, 2023, is dismissed on the motion of the United States.**

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

<u>**May 22, 2024 (Sentencing) and June 26, 2024 (Restitution)**</u>
Date of Imposition of Judgment

*Ed Kinkeade*
Signature of Judge

<u>**Ed Kinkeade, United States District Judge**</u>
Name and Title of Judge

<u>**June 26, 2024**</u>
Date

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case                                                                    Judgment -- Page 2 of 7

DEFENDANT:          LUIS EDUARDO NAVARRETE
CASE NUMBER:        3:23-CR-00067-K(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**TWO-HUNDRED (240) Months.  This term consists of 240 Months on Count 1s and 240 Months Count 4s, with said terms to run concurrently for a Total Term of 240 Months.  The sentences in this case shall run concurrently to any sentences imposed in Case Nos. F-1912470 and F-2012298 pending in the Dallas County Criminal District Court 4, Case No. MA2212085 pending in the Dallas County Criminal Court 11, and Case No. MA2222419 pending in the Dallas County Criminal Court of Appeals 2, in Dallas, Texas.**

**The Defendant shall receive credit for time served from February 6, 2023.**

☒   The court makes the following recommendations to the Bureau of Prisons:
   **The Court recommends that the Defendant be allowed to serve his sentence at FCI Seagoville, Seagoville, Texas.  Further, the Court recommends that the Defendant be allowed to Participate in the Residential Drug Abuse Program, if eligible.**

☒   The defendant is remanded to the custody of the United States Marshal.
☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at                              ☐   a.m.    ☐   p.m.    on

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on
   ☐   as notified by the United States Marshal.
   ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:


   Defendant delivered on _____ to _____


at _____, with a certified copy of this judgment.



                                                    UNITED STATES MARSHAL

                                                    By
                                                    DEPUTY UNITED STATES MARSHAL

24-10583.89

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case                                                    Judgment -- Page 3 of 7

DEFENDANT:          LUIS EDUARDO NAVARRETE
CASE NUMBER:        3:23-CR-00067-K(1)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **SIX (6) years.  This term consists of 5 years on Count 1 and 6 years on Count 4, with said terms to run concurrently for a Total Term of 6 years.**

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.

2.  You must not unlawfully possess a controlled substance.

3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ☐  The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)

4.  ☒  You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)

5.  ☒  You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)

6.  ☐  You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)

7.  ☐  You must participate in an approved program for domestic violence. (*check if applicable*)

    You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

24-10583.90

DEFENDANT:           LUIS EDUARDO NAVARRETE
CASE NUMBER:        3:23-CR-00067-K(1)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at www.txnp.uscourts.gov.

Defendant's Signature _____          Date _____

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case                                      Judgment -- Page 5 of 7

DEFENDANT:          LUIS EDUARDO NAVARRETE
CASE NUMBER:        3:23-CR-00067-K(1)

## SPECIAL CONDITIONS OF SUPERVISION

**The defendant must participate in a program or course of study aimed at improving educational level or employment skills, for example, obtain a GED, participate in or complete a vocational training program, or participate in a literacy program.**

**The defendant must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.**

**The defendant shall participate in an outpatient program approved by the probation officer for treatment of narcotic, drug, or alcohol dependency that will include testing for the detection of substance use, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, and contributing to the costs of services rendered (copayment) at the rate of at least $25 per month.**

**The defendant is ordered to pay restitution in the amount of $15,000.00, joint and several with Julio Gonzales, Jr. in Case No. 3:23CR00067-(09) payable to the U.S. District Clerk, 1100 Commerce Street, Room 1452, Dallas, Texas 75242. Restitution shall be payable upon release from custody:**

**L.A.**
**$15,000.00**

**Upon release from imprisonment, the defendant shall make payments on such unpaid balance in monthly installments of not less than 10 percent of the defendant's gross monthly income, or at a rate of not less than $50 per month, whichever is greater. Payment shall begin no later than 60 days after the defendant's release from confinement and shall continue each month thereafter until the balance is paid in full. In addition, at least 50 percent of the receipts received from gifts, tax returns, inheritances, bonuses, lawsuit awards, and any other receipt of money shall be paid toward the unpaid balance within 15 days of receipt. This payment plan shall not affect the ability of the United States to immediately collect payment in full through garnishment, the Treasury Offset Program or the Federal Debt Collection Procedures Act of 1990 or any other means available under federal or state law. Furthermore, it is ordered that interest on the unpaid balance is waived pursuant to 18 U.S.C. § 3612(f)(3).**

24-10583.92

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case

Judgment -- Page 6 of 7

DEFENDANT:           LUIS EDUARDO NAVARRETE
CASE NUMBER:        3:23-CR-00067-K(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments page.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $200.00 | $15,000.00 | $.00 | $.00 | $.00 |

☐  The determination of restitution is deferred until      An *Amended Judgment in a Criminal Case (AO245C)* will be entered
after such determination.

☒  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment.  However, pursuant to 18 U.S.C.
§ 3664(i), all nonfederal victims must be paid before the United States is paid.

**L.A.**
**$15,000.00**

☐  Restitution amount ordered pursuant to plea agreement $

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before
the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on the Schedule
of Payments page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☒  the interest requirement is waived for the       ☐  fine            ☒  restitution

    ☐  the interest requirement for the           ☐  fine            ☐  restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after
September 13, 1994, but before April 23, 1996.

<span style="color:red">24-10583.93</span>

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case                                                          Judgment -- Page 7 of 7

DEFENDANT:        LUIS EDUARDO NAVARRETE
CASE NUMBER:      3:23-CR-00067-K(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☐  Lump sum payments of $ _____ due immediately, balance due

    ☐  not later than _____ , or

    ☐  in accordance  ☐  C,  ☐  D,  ☐  E, or  ☐  F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐  C,  ☐  D, or  ☐  F below); or

**C**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☒  **Payment in equal monthly *(e.g., weekly, monthly, quarterly)* installments of at least $ 50.00 over a period of  *(e.g., months or years)*, to commence 60 days *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or**

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☒  Special instructions regarding the payment of criminal monetary penalties:
    **It is ordered that the Defendant shall pay to the United States a special assessment of $200.00 for Counts 1s and 4s , which shall be due immediately.  Said special assessment shall be paid to the Clerk, U.S. District Court.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒  Joint and Several
    See above for Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    **Julio Gonzales, Jr. in Case No. 3:23CR00067-(09) - $15,000.00**

☐  The defendant shall pay the cost of prosecution.
☐  The defendant shall pay the following court cost(s):
☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

# Certificate of Service

I certify that on November 8, 2024, the foregoing document was served, via the Court's CM/ECF Document Filing System, upon all counsel of record.

S/*Maria Gabriela Vega*

Maria Gabriela Vega